UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80303-CIV-DIMITROULEAS

THERESA DEIULIIS ENGLAND,

Dimitrouleas/Snow

Plaintiffs,

vs.

WELLS FARGO BANK, N.A.,

Defendant.
_______________________________________/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE is before the Court on the Notice of Pending Settlement [DE 13], filed herein on May 17, 2017. The Notice [DE 13] states that the case has settled. The Court has carefully considered the Notice [DE 13] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file the appropriate dismissal documents on or before **May 29, 2017**.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this 17th day of May, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record